ACCEPTED
04-15-00392-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/4/2015 11:26:39 AM
KEITH HOTTLE
CLERK

## No. 04–15–00392–CV

In the interest of

M.A.S.,

a minor child

IN THE COURT OF APPEALS

4TH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/04/15 11:26:39 AM
KEITH E. HOTTLE
Clerk

### Update Regarding the Record

Comes now Joyce Ann Sarro, and submits this advisory to the court regarding the present status of the record on appeal.

### I.

### Clerk's Record

1.  The estimated cost for the clerk's record was paid to the district clerk on July 29, 2015.

2.  After the clerk's record is prepared and filed, it can be determined if any supplemental record may be requested.

### II.

### Reporter's Record

1. A record from the trial on the merits cannot be prepared because the court reporter who took down the trial no longer had the notes available from which to make a transcript. This was part of the motion for new trial and was noted as an issue on appeal in the docketing statement.

2.  The hearing on the motion for new trial was done by telephone, with the judge outside of the courthouse on the telephone and the attorneys for the parties in the courtroom. A court reporter took down the hearing.

3.  The undersigned went to the 57th District Court of Bexar County, Texas on July 29, 2015, which is where the motion for new trial was heard, in order to find out if the official reporter for the court took down the hearing. It was discovered that a different court

1

reporter was present at that hearing, and upon being advised of that fact, counsel left a voice message for that reporter.

4.  The court reporter who counsel was told took down the hearing on the motion for new trial is Kayleen Rivera, krivera@bexar.org.

Respectfully submitted,

/s/ R. Robert Willmann, Jr.

_____

R. Robert Willmann, Jr.
P.O. Box 460167
San Antonio, Texas 78246
Tel 844.244.9973
Temporary Fax 361.552.4305
Bar No.  21655960
willaw@prismnet.com
Attorney for Joyce Ann Sarro

### Certificate of Service

I certify that this document was served—

by an electronic service provider or by fax, as applicable, to Rachel S. Sadovsky, Cordell & Cordell, 10101 Reunion Place, Suite 250, San Antonio, Texas 78216 (attorney for Michael A. Sarro) (rsadovsky@cordelllaw.com); and

by e-mail to Kayleen Rivera; Court Reporter; Bexar County Justice Center; San Antonio, Texas 78205 (krivera@bexar.org);

on the 4th day of August, 2015.

/s/ R. Robert Willmann, Jr.

_____

R. Robert Willmann, Jr.

2